**AFFIRM; and Opinion Filed July 9, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01660-CR
No. 05-12-01661-CR

**BARBARA JEAN SLAUGHTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-33772-R, F12-33845-R**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion by Justice Lang-Miers

Barbara Jean Slaughter waived a jury and pleaded guilty to theft of property valued at $1,500 or more but less than $20,000 and arson causing bodily injury. *See* TEX. PENAL CODE ANN. §§ 28.02(a), (d)(1), 31.03(a), (e)(4)(A) (West 2011). The trial court assessed punishment at two years' confinement in state jail for the theft and fifteen years' imprisonment for the arson. In two issues, appellant contends the sentences violate her constitutional rights under both the United States and Texas Constitutions. We affirm the trial court's judgments.

The background of the cases and the evidence admitted at trial are well known to the parties, and we, for that reason, limit recitation of the facts. We issue this memorandum opinion

pursuant to Texas Rule of Appellate Procedure 47.4 because the law to be applied in the case is well settled.

Appellant contends the sentences assessed are grossly disproportionate to the crimes and inappropriate to the offender, in violation of the Eighth and Fourteenth Amendments to the United States Constitution and Article I, Section 13 of the Texas Constitution. *See* U.S. CONST. amend. VIII, XIV; TEX. CONST. art. I, § 13. Appellant asserts that because she suffers from alcoholism and drug addiction, and only committed the arson after an extended period of drinking, the punishment assessed is severe. Appellant argues she should have received treatment and not prison terms. The State responds appellant has not preserved her complaint for appellate review and, alternatively, the sentences assessed are neither cruel nor unusual punishment. We agree with the State.

Appellant did not complain about the sentences either at the time they were imposed or in motions for new trial. *See* TEX. R. APP. P. 33.1(a)(1); *Castaneda v. State*, 135 S.W.3d 719, 723 (Tex. App.—Dallas 2003, no pet.). Consequently, appellant has not preserved this issue for appellate review.

Additionally, punishment that is assessed within the statutory range for an offense is neither excessive nor unconstitutionally cruel or unusual. *Kirk v. State*, 949 S.W.2d 769, 772 (Tex. App.—Dallas 1997, pet. ref'd); *see also Jackson v. State*, 680 S.W.2d 809, 814 (Tex. Crim. App. 1984). Arson causing bodily injury is a first-degree felony offense punishable by imprisonment for life or for any term of not more than ninety-nine years or less than five years, and an optional fine not to exceed $10,000. *See* TEX. PENAL CODE ANN. §§ 12.32, 28.02(d)(1). Theft of property valued at $1,500 or more but less than $20,000 is a state-jail felony punishable by confinement in a state jail facility for not more than two years or less than 180 days, and an

optional fine not to exceed $10,000. *See* TEX. PENAL CODE ANN. §§ 12.35, 31.03(e)(4)(A). Appellant's sentences are within the statutory punishment ranges for the offenses. We conclude the record does not support appellant's complaint that her sentences are disproportionate. We resolve appellant's two issues against her.

We affirm the trial court's judgments.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

121660F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BARBARA JEAN SLAUGHTER,
Appellant

No. 05-12-01660-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the 265th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F12-33772-R).
Opinion delivered by Justice Lang-Miers,
Justices Moseley and Bridges participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered July 9, 2013.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

BARBARA JEAN SLAUGHTER,
Appellant

No. 05-12-01661-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the 265th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F12-33845-R).
Opinion delivered by Justice Lang-Miers,
Justices Moseley and Bridges participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered July 9, 2013.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE